Gene J. Goldsman, Esq.
Evan A. Blair, Esq.
evan@giglaw.com
attorneyblair@gmail.com
LAW OFFICES OF GENE J. GOLDSMAN
501 Civic Center Drive West
Santa Ana, California 92701
Telephone: 714-541-3333
Facsimile: 714-541-0456

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CATLIN PLASENCIA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, and DOES 1-20, inclusive,<br><br>　　　　　　　Defendants. | Case No.  1:10-CV-02197 DLB<br><br>**AMENDED STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS, CURRENTLY ON CALENDAR FOR FEBRUARY 4, 2011, and ORDER** |

　　　　IT IS HEREBY STIPULATED by and between plaintiff Catlin Plascencia ("plaintiff") and defendants, California Department of Corrections and Rehabilitation and James A. Yates ("defendants"), by and through their respective attorneys of record, that the hearing on defendants' Motion to Dismiss (CR 5), currently calendared for February 4, 2011 at 9:00 a.m. before the Honorable Dennis L. Beck, Magistrate Judge, be continued to **March 25**, 2011 at 9:00 a.m. or a date

thereafter that is acceptable to the Court, so that the parties have time to discuss potential settlement.

      IT IS SO STIPULATED

Dated: January 19, 2011         LAW OFFICES OF GENE J. GOLDSMAN

                                       By:    */s/ Evan A. Blair*
                                                Evan A. Blair, Esq.
                                                Attorneys for Plaintiff
                                                CATLIN PLASCENCIA

Dated: January 20, 2011         ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

                                       By:    */s/ Diana Esquivel*
                                                Diana Esquivel, Esq.
                                                Attorneys for Defendants,
                                                CALIFORNIA DEPT. OF CORRECTIONS AND REHABILIATION and JAMES A. YATES

## ORDER

      Based on the parties' stipulation and good cause appearing, the hearing on defendants' motion to dismiss is continued to March 25, 2011 at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

    Dated:  **January 21, 2011**                    /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE