**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN PLASENCIA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　　Defendants. | 1:10cv02197 DLB (PC)<br><br>ORDER DIRECTING CLERK TO REDESIGNATE ACTION AS REGULAR CIVIL ACTION |

Plaintiff Catlin Plasencia, a state prisoner, is represented by counsel in this matter. The Clerk of the Court is therefore ORDERED TO REDESIGNATE this action to reflect that it is a regular civil action.[1] Any applicable standing orders and the scheduling order issued in regular civil actions also shall issue in this case.

IT IS SO ORDERED.

　**Dated:　January 21, 2011**　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have consented to the jurisdiction of a United States Magistrate Judge. (Docs. 4 and 9.)

1