IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CATLIN PLASENCIA,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS and REHABILITATION, et al.,**<br><br>                              Defendants. | No. 1:10-cv-02197 DLB<br><br>**ORDER DISMISSING ACTION** |

   Based on the parties' stipulation filed on March 10, 2011 (ECF No. 15), this action is dismissed with prejudice.  There is no prevailing party in this action, and each party is to bear his own costs, fees, or expenses.

IT IS SO ORDERED.

   Dated:  __**March 14, 2011**__                    _____/s/ *Dennis L. Beck*_____
                                                                   UNITED STATES MAGISTRATE JUDGE

1